**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

**UNITED STATES OF AMERICA**

**V.**                                                          **4:04CR00249-07 JMM**

**CHRISTY R. PICKENS**

**AMENDED JUDGMENT**

The Motion to Amend Restitution (Docket # 440) is GRANTED. The Judgment entered on March 13, 2007 is amended as stated in the Motion with respect to Account 26. The Judgment shall reflect a total restitution amount of $34,534.21. This amount shall remain joint and several with the defendants listed in the original Judgment.

IT IS SO ORDERED this  11th  day of August, 2008.

_____
James M. Moody
United States District Judge