United States District Court
for the
Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 10 2010

JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Christy R. Pickens                         Case Number: 4:04CR00249-007 JMM

Name of Sentencing Judicial Officer:   Honorable James M. Moody
                                       United States District Judge

Offense:              Conspiracy to commit bank fraud

Date of Sentence:     March 5, 2007

Sentence:             One day credit for time served, 5 years supervised release, mandatory drug
                      testing, substance abuse treatment, DNA testing, financial disclosure, no new
                      lines of credit, $34,582.21 restitution, and $100 special penalty assessment

                      August 11, 2008, Amended order: restitution amount reduced to $34,534.21

Type of Supervision:  Supervised Release          Date Supervision Commenced: March 5, 2007
                                                  Expiration Date: March 4, 2012

Asst. U.S. Attorney: Jana Harris                  Defense Attorney: Michael Booker

U.S. Probation Officer: Selina M. Earsa
Phone No.: 501-604-5258

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

### CAUSE

**Defendant shall make restitution payments of $25 per month.**

Ms. Pickens' term of supervised release commenced on March 5, 2007. As previously reported, Ms. Pickens tested presumptively positive for marijuana on two occasions and admitted her use of the drug. As a result, she was referred to the Recovery Centers of Arkansas of North Little Rock. She attended her intake session, but did not attend any group treatment sessions. She continued to fail to report for drug testing and continued to test positive for marijuana throughout March and April of 2007. In April of 2007, she accepted a referral to Arkansas Cares residential rehabilitation program for women and children and while waiting for a placement, Ms. Pickens continued to use marijuana and failed to report for drug screens in May and June 2007. Throughout this time, she failed to make payments toward her special penalty assessment and restitution.

Prob 12B    Case 4:04-cr-00249-JM   Document 553   Filed 05/10/10   Page 2 of 4 Request for Modifying the
                                                                           Conditions or Terms of Supervision
                                                                           with Consent of the Offender

Name of Offender: Christy R. Pickens                              Case Number: 4:04CR00249-007 JMM

On June 26, 2007, an initial appearance hearing was conducted before U.S. Magistrate Judge Henry L. Jones, Jr., and the Court ordered Ms. Pickens to participate in inpatient treatment at the Wilbur D. Mills Addiction Center for a period of 45 days followed by chemical free living. She entered the Wilbur D. Mills Addiction Center on June 26, 2007. On July 16, 2007, the Wilbur D. Mills Addiction Center staff obtained a urine specimen from Ms. Pickens, which tested presumptively positive for marijuana. A second urine specimen was obtained by the U.S. Probation Office on July 17, 2007, which was confirmed by Kroll Laboratories to be positive for marijuana metabolite. She completed the residential program on August 9, 2007, and entered the Recovery Centers of Arkansas chemical free program in Little Rock on August 10, 2007. On August 13, 2007, a revocation hearing was conducted and the motion to revoke was continued for ninety days. Ms. Pickens was directed to reside in the chemical free living center, attend outpatient treatment, and that all other conditions were to remain in full force and effect. She completed the chemical free program on November 10, 2007, and attended treatment on an outpatient basis until she satisfactorily completed the program on February 11, 2008.

As previously reported on October 16, 2007, Ms. Pickens failed to report a driving while under suspended license, no proof of liability insurance, and unsafe driving charges.

On June 4, 2008, the Court was notified that Ms. Pickens failed to make restitution payments since the commencement of her term of supervised release. She also failed to make any payments towards her special penalty assessment. At the time, she was verbally reprimanded and reinstructed to make payments accordingly. On April 3, 2010, it was reported a second time, Ms. Pickens failed to make restitution payments since the commencement of her term of supervised release. At the time, she was verbally reprimanded and reinstructed to make payments accordingly.

Since that time, she satisfied her special penalty assessment and made a restitution payment of $40 on April 17, 2009, and a restitution payment of $100 on June 1, 2009. On December 4, 2009, she was instructed by this officer to report to the probation office on December 7, 2009, and she failed to report as instructed. She did report to the probation office on December 10, 2009.

Since her release from substance abuse treatment, Ms. Pickens has maintained a stable residence with her children. She is currently employed with the Central Arkansas Area on Aging as a home health care provider and reportedly receives an additional income of monthly food stamps of $651. She lives paycheck to paycheck, is a single mother of four children, and receives no child support. She continues to submit negative drug tests, remains in compliance with drug testing procedures, and maintains regular contact with this officer. Based on this information, Ms. Pickens cannot afford to pay restitution at the rate of 10% of her gross monthly income.

Prob 12B     Case 4:04-cr-00249-JM   Document 553   Filed 05/10/10   Request for Modifying the
                                                                    Conditions or Terms of Supervision
                                                                    with Consent of the Offender

Name of Offender: Christy R. Pickens                Case Number: 4:04CR00249-007 JMM

On May 3, 2010 Ms. Pickens agreed to have her term of supervised release modified amending the restitution rate to $25 monthly. She signed the attached PROB 49, waiving her right to a hearing. Her attorney, Michael Booker, was contacted and is in agreement with this modification.

_____          _____
Selina M. Earsa                    Jana Harris
U.S. Probation Officer             Assistant U.S. Attorney

Date: May 5, 2010                  Date:

---

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

5/10/10
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____
Supervising U.S. Probation Officer

SME:khm

c:  Defense Attorney, Michael Booker, Pyramid Place, W. 2nd St., Ste. 601, Little Rock, AR 72203
    Christy Pickens, 11640 Barrow Road, Apt. 24, Little Rock, AR 72204
    Assistant U.S. Attorney, Jana Harris, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Defendant shall make restitution payments of $25 per month.**

Witness: _____    Signed: _____
U.S. Probation Officer                          Probationer or Supervised Releasee

_____5-3-10_____
DATE